IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN M. TORRES,<br><br>   Petitioner,<br><br>   v.<br><br>JAMES YATES, Warden, et al.,<br><br>   Respondents. | No. C 07-00440 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

   Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

   Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse within **thirty (30) days** from the date of this Order.

   IT IS SO ORDERED.

DATED: 6/1/09

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Torres0440.EOT-Traverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN M. TORRES,

   Plaintiff,

 v.

JAMES YATES et al,

   Defendant.
                /

Case Number: CV07-00440 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan M. Torres V-41312
P.O. Box 8504
Coalinga, CA 93210

Dated: June 3, 2009

            Richard W. Wieking, Clerk
            By: LISA R CLARK, Deputy Clerk